# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Pearl Reiss, individually and as surviving spouse of Henry Reiss, deceased, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Komatsu America Corp. and Diesel Machinery, Inc., | ) ) ) | |
| Defendants. | ) ) | Case No. 1:08-cv-082 |

_____

On August 28, 2009, the parties filed Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 18). The Scheduling/Discovery Plan shall be amended as follows:

3. Fact discovery shall be completed by December 15, 2009.

4. The Plaintiff shall disclose experts, along with complete reports, under Rule 26(a)(2) by October 30, 2009. Defendants shall disclose experts, along with expert reports, under Rule 26(a)(2) by November 30, 2009.

5. The parties shall complete discovery depositions of experts by December 30, 2009.

10. The parties shall file dispositive motions no later than December 30, 2009, and responses to dispositive motions no later than January 30, 2010.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge